## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **LANDER ENTERPRISES, LLC D/B/A WWW.TRYAUTOBRUSH.COM ,** </br></br> Plaintiff, </br></br> v. </br></br> **BENDI CARE, LLC,** </br></br> Bendi Care. | ) ) ) ) ) ) ) ) ) ) ) ) ) **Case Number:** _____ |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Lander Enterprises, LLC d/b/a www.tryautobrush.com ("Autobrush") hereby alleges the following as its Complaint against Defendant Bendi Care, LLC ("Bendi Care").

### I. NATURE OF THE ACTION

This is an action for design patent infringement and unfair competition arising from Bendi Care's unauthorized copying and use of a distinctive toothbrush head design embodied in products sold by Autobrush. Bendi Care's misappropriation has caused Autobrush irreparable damage and monetary harm for which Autobrush requests relief in this Court.

### II. JURISDICTION AND VENUE

1. This is an action for damages and injunctive relief against Bendi Care arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*., and includes related claims for unfair competition arising under state law.

2.     This Court has original jurisdiction over this dispute pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. §§ 1338(a) and (b), as this action arises under the patent laws of the United States (35 U.S.C. §§ 1 *et seq.*), and includes claims of unfair competition that are joined with substantially related claims.

3.     This Court has supplemental jurisdiction over the state law claims of this complaint pursuant to 28 U.S.C. § 1367(a).

4.     Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. §§ 1400(a) and (b), because (a) a substantial part of the events giving rise to the claims in this complaint occurred in this judicial district; and (b) Bendi Care resides within this judicial district within the meaning of 28 U.S.C. § 1391(c).

5.     Upon information and belief, Bendi Care regularly conducts business in this district, and throughout the United States, and is actively engaged in promoting, advertising, marketing, and offering products within this judicial district, including the accused product at issue in this lawsuit. Bendi Care's contacts with this district are sufficient to confer this court with personal jurisdiction over Bendi Care.

### III.   PARTIES

6.     Plaintiff Lander Enterprises, LLC d/b/a www.tryautobrush.com ("Autobrush") is a Connecticut limited liability company with its principal place of business located at 5700 Biscayne Blvd, Unit 822, Miami, FL 33137. Autobrush manufactures and sells electric toothbrushes and associated toothbrush heads, as well as related dental accessories, to consumers in the United States and throughout the world.

7. Defendant Bendi Care, LLC ("Bendi Care") is a Florida limited liability company with its principal place of business located at 1070 Montgomery Road, Unit 788, Altamonte Springs, FL 32714. On information and belief, Bendi Care sells the accused product at issue in this litigation through online retail outlets like Amazon.com.

## IV. BACKGROUND

**A. Autobrush and Its Design Patent**

8. Autobrush is a leading manufacturer and seller of electronic toothbrushes, toothbrush heads, and other related dental accessories.

9. Autobrush is the assignee and current owner of all rights in and title to U.S. Design Patent D958,544 ("the '544 Patent") issued July 26, 2022 for "Double-Sided Toothbrush Head." A true and correct copy of the '544 Patent is attached hereto as <u>Exhibit 1</u>, and figures from the '544 Patent are reproduced below:

///

///

///



FIG. 3



FIG. 6

10. Autobrush's patented toothbrush heads have been a success in the market—with Autobrush having made substantial sales of its products throughout the United States.

**B.     Bendi Care's Infringement**

11. Bendi Care is now and has been offering for sale in this district, and elsewhere in the United States, electronic toothbrush products that contain unauthorized and infringing copies of Autobrush's toothbrush head design.

12. Upon information and belief, through its "U-Shaped Electric Toothbrush" product, Bendi Care has, is now, and will be, offering to the public electric toothbrush products that include toothbrush heads that are copies of Autobrush's toothbrush head design.

///

///

13. Photographs of the Bendi Care toothbrush head design are reproduced below. When compared against figures from the '544 Patent, the unauthorized toothbrush heads are remarkably similar.



14. Bendi Care directly or indirectly and/or through subsidiaries, affiliates, agents, and/or business partners, has in the past and continues to directly infringe the '544 Patent pursuant to 35 U.S.C. § 271(a) by making, having made, using, selling,

offering to sell, and/or importing products that embody the invention claimed in the '544 Patent, within the United States and within this District.

15. Bendi Care's unauthorized copying has been willful, and Bendi Care intentionally interfered with Autobrush's business relations by offering to sell electronic toothbrushes with the copied toothbrush heads, thereby wrongfully diverting sales from Autobrush.

16. Bendi Care's unauthorized copying, promotion, and sale of the infringing products has caused Autobrush irreparable financial harm.

17. Upon information and belief, by the acts alleged above, Bendi Care has made substantial profits to which they are not entitled and have caused Autobrush to lose sales and/or other opportunities for monetary relief.

## FIRST CLAIM FOR RELIEF
### Design Patent Infringement

18. Autobrush realleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 17 as if fully set forth herein.

19. United States Design Patent No. D958,544 ("the '544 Patent"), entitled "Double-Sided Toothbrush Head" was duly and legally issued by the United States Patent and Trademark Office on July 26, 2022.

20. Plaintiff Autobrush is the owner by assignment of the '544 Patent and has the right to sue and recover damages for infringement thereof.

21. Bendi Care has infringed, and continue to infringe, the '544 Patent by making, using, selling, offering to sell and/or importing electronic toothbrushes,

including its "U-Shaped Electric Toothbrush" product, that contain infringing toothbrush heads.

22. The foregoing acts of patent infringement have been without authority or license from Autobrush.

23. Upon information and belief, Bendi Care's infringement of the '544 Patent has been and continues to be willful, and has been conducted with an objectively reckless disregard of the high likelihood of infringement of the '544 Patent. As a result, Autobrush is entitled to increased damages under 35 U.S.C. § 284 and to attorney fees and costs incurred in prosecuting this action, under 35 U.S.C. § 285.

24. In accordance with 35 U.S.C. § 287, Autobrush has marked its products sold under the patent with the patent number.

///

25. The foregoing acts of patent infringement by Bendi Care have caused, and unless enjoined by this Court will continue to cause, immediate and irreparable harm to Autobrush. Autobrush has no adequate remedy at law.

### SECOND CLAIM FOR RELIEF
### Common Law Unfair Competition – Federal Law and Florida Law

26. Autobrush realleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 17 as if fully set forth herein.

27. The aforementioned acts by Bendi Care in causing confusion among the relevant public and causing a false association or sponsorship between Bendi Care's goods and Autobrush, in Florida and elsewhere, constitute unfair competition and

unfair business practices contrary to the common laws of the United States (Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)) and the laws of the State of Florida, including, but not limited to, Florida's Deceptive and Unfair Trade Practices Act, Fla. Stat. §501.201, *et seq*.

28. The acts by Bendi Care were committed willfully, knowingly, maliciously, and in conscious disregard of Autobrush's rights.

29. As a result of Bendi Care' unfair competition, Autobrush has suffered damage to its goodwill and reputation and has lost sales of its products.

30. Bendi Care have made substantial profits based on their unauthorized sales of their electronic toothbrush products with infringing toothbrush heads.

31. The aforesaid conduct by Bendi Care has caused, and unless restrained by this Court will continue to cause, immediate, great, and irreparable harm to Autobrush's property and business. Autobrush has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Autobrush demands judgment as follows:

A. A declaration that Bendi Care has infringed the '544 Patent;

B. A preliminary and permanent injunction enjoining Bendi Care—as well as its officers, agents, servants, employees, attorneys, and those in active concert or participation with them who receive actual notice of the order by personal service or otherwise—from:

(i) infringing, contributing to the infringement of, or actively inducing infringement of '544 Patent,

(ii) ordering Bendi Care to cancel all orders for the toothbrushes and toothbrush heads that are substantially similar to Autobrush's patented design;

(iii) ordering Bendi Care to deliver for destruction all labels, signs, prints, catalogs, sell sheets, purchase orders, invoices, packages, wrappers, receptacles, articles, advertisements, and/or promotional materials in its possession referring or related to the infringing products, or other products substantially similar to '544 Patent, as well as all plates, models, matrices, tooling, computer programs, and any other means of making the same; and

(iv) ordering Bendi Care to recall any and all accused products and other products substantially similar to '544 Patent;

C. Entry of an Order that, upon Autobrush's request, those in privity with Bendi Care and those with notice of the injunction—including, without limitation, any online marketplace platform such as Amazon, eBay, or Walmart, as well as web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors, and other payment processing service providers (collectively, "Third Party Providers")—shall:

(i) disable and cease providing services being used by Bendi Care, currently or in the future, to engage in the sale of goods that infringe the Patented Design; and

(ii) disable and cease display of any advertisements used by or associated with Bendi Care in connection with its sale of infringing goods using the Patented Design.

D. Pursuant to 35 U.S.C. § 285, a finding that this case is exceptional;

  E. An award to Autobrush of its reasonable attorney fees pursuant to 17 U.S.C. § 505, 15 U.S.C. § 1117(a), and/or 35 U.S.C. § 285, or alternatively pursuant to Fla. Stat. § 501.201 et. seq., filing fees, and the taxable costs of this action;

  F. An award to Autobrush of its actual damages and for all profits realized by Bendi Care in connection with their infringing activities;

  G. An award to Autobrush of treble, exemplary, and/or punitive damages as permitted and upon proffer and proof required by this Court;

  H. Prejudgment and postjudgment interest on the above monetary awards; and

  I. Such other and further relief as this Court deems equitable and just.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Autobrush hereby demands a trial by a jury on all issues so triable.

Dated: December 5, 2025    Respectfully submitted,

    *s/ Andrew R. Schindler*
    Andrew R. Schindler, Esq.
    Florida Bar No. 124845
    GORDON REES SCULLY MANSUKHANI
    100 SE Second Street, Suite 3900
    Miami, FL 33131
    Telephone: 305-423-5300
    aschindler@grsm.com

    *s/ Reid Dammann, Esq. (pro hac forthcoming)*
    GORDON REES SCULLY MANSUKHANI
    633 West Fifth Street, 52nd Floor
    Los Angeles, CA 90071

Telephone: 213-576-5000
rdammann@grsm.com


s/ Patrick Mulkern, Esq. (*pro hac forthcoming*)
GORDON REES SCULLY MANSUKHANI
755 Main Street, Suite 1700
Hartford, CT 06103
Telephone: 860-278-7448
pmulkern@grsm.com

***Attorneys for Plaintiff
Lander Enterprises, LLC d/b/a
ww.tryautobrush.com***